01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: FELIPE J. CARABALLO, JR.       )   Chapter 13
                                      )   Bankruptcy Case No. 13 B 16143
                                      )
                                      )
         Debtor(s)                    )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

   I (We), FELIPE J. CARABALLO. and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

   ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


FELIPE J. CARABALLO, JR.                              _____
Printed or Typed Name of Debtor or Representative     Printed or Typed Name of Joint Debtor

*/s/ Felipe Caraballo*                                _____
Signature of Debtor or Representative                 Signature of Joint Debtor

02-22-13                                              _____
Date                                                  Date