Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 13−16143
Chapter: 13
Judge: Donald R Cassling

In Re:
  Felipe J. Caraballo Jr.
  aka Felipe Caraballo
  506 West Stevens Drive
  Apartment 104
  Addison, IL 60101−2466

Social Security / Individual Taxpayer ID No.:
  xxx−xx−5393

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on July 18, 2014

FOR THE COURT

Dated: July 22, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 13-16143-DRC
Felipe J. Caraballo, Jr.                                            Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal                Page 1 of 2                  Date Rcvd: Jul 22, 2014
                              Form ID: ntcdsm              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2014.
db            Felipe J. Caraballo, Jr.,    506 West Stevens Drive,    Apartment 104,    Addison, IL 60101-2466
20348960     +Adventist GlenOaks Hospital,    701 Winthrop Avenue,    Glendale Heights, IL 60139-1405
20348961      All Credit Lenders,    130 E. Irving Park Rd.,   Wood Dale, IL 60191-2024
20348964     +Blackhawk Financial, Inc.,    2400 Devon Avenue,   Des Plaines, IL 60018-4619
20348957      Caraballo Felipe J Jr,   506 West Stevens Drive,    Apartment 104,    Addison, IL 60101-2466
20348965      City of Chicago,   Department of Revenue,    Box 88292,    Chicago, IL 60680-1292
20483810     +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC,    111 W. Jackson Ste.600,
               Chicago,IL 60604-3517
20348971     +E. Miles & Associates, P.C.,    22 W. Washington St., Suite 1500,    Chicago, IL 60602-1607
20348970     +E. Miles & Associates, P.C.,    C/O Rajeev Kumar & Upma Kumar,    22 W. Washington St., Suite 1500,
               Chicago, IL 60602-1607
20348974     +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
20348972      Easy Dental Care,    712 Front St.,   Mc Henry, IL 60050-5530
20348973     +Elgin Fire Department,    550 Summit St.,   Elgin, IL 60120-4219
20348975     +FNB Omaha And Sec,    Nox 3412,   Omaha, NE 68197-0001
20348978     +Jack Fornaro,   506 West Stevens Drive,    Addison, IL 60101-2491
20348979     +Land Management Propertiees, Inc.,    Box 507,   Richmond, IL 60071-0507
20348958     #Liou Law Firm,    900 West Washington Boulevard,   Chicago, IL 60607-2298
20348980     +Merchants Credit Guide Company,    Suite 900,   223 West Jackson Boulevard,
               Chicago, IL 60606-6912
20533710     +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6203
20348982     #People's Gas,    Special Projects,   130 East Randolph Drive,    Chicago, IL 60601-6207
20348983     +Professional Account Management,    2040 West Wisconsin Avenue,    Milwaukee, WI 53233-2098
20348984     +Simplexity,   Suite 200,   10790 Parkridge Blvd.,    Reston, VA 20191-4372
20348985      Sko Brenner American, Inc.,    Box 9320,   Baldwin, NY 11510-9320
20348986     +TCF Bank,   800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
20348988     +Thomas L. Crowlin PC,    5447 Bull Valley Rd.,   Mc Henry, IL 60050-7410
20348989     +UBS Realty Investors LLC,    Hunter Warfield Inc,   4620 Woodland Corporate Blvd,
               Tampa, FL 33614-2415
20348990     +Village Green Management Company,    343 S. Dearborn St.,    Chicago, IL 60604-4000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20348959     +EDI: AAEO.COM Jul 23 2014 01:28:00      Aarons Sales & Lease,   1015 Cobb Place Boulevard,
               Kennesaw, GA 30144-3672
20348962     +EDI: AMERCOLLECT.COM Jul 23 2014 01:28:00      American Collection Corporation,   919 Estes Court,
               Schaumburg, IL 60193-4436
20348963      EDI: ATTWIREBK.COM Jul 23 2014 01:28:00      At & T,   Box 5080,   Carol Stream, IL 60197-5080
20348966     +EDI: CMIGROUP.COM Jul 23 2014 01:28:00      CMI,   4200 International Parkway,
               Carrollton, TX 75007-1930
20409450      E-mail/Text: jerry@allcreditlenders.net Jul 23 2014 01:45:19      CMK INVESTMENTS,
               DBA ALL CREDIT LENDERS,    All Credit Lenders,   P.O. Box 250,   Gilberts IL 60136-0250
20704879     +EDI: JEFFERSONCAP.COM Jul 23 2014 01:28:00      COLLECTO US ASSET MANAGEMNT, INC.,
               c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999,
               Orig By: AT&T MOBILITY
20703718     +EDI: JEFFERSONCAP.COM Jul 23 2014 01:28:00      COLLECTO US ASSET MANAGEMNT, INC.,
               c/o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
20436441     +E-mail/Text: nawrocki_d@cityofelgin.org Jul 23 2014 01:44:58      City Of Elgin,   150 Dexter Ct,
               Elgin, IL 60120-5555
20348967     +E-mail/Text: legalcollections@comed.com Jul 23 2014 01:45:30      Com Ed,   Box 6111,
               Carol Stream, IL 60197-6111
20348968     +E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com Jul 23 2014 01:45:17       Comcast,
               1500 Market Street,    Philadelphia, PA 19102-2107
20629367     +E-mail/Text: legalcollections@comed.com Jul 23 2014 01:45:30      Commonwealth Edison Co,
               3 Lincoln Center,   Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
20348969      E-mail/Text: clerical.department@yahoo.com Jul 23 2014 01:42:47      Creditors Collection,
               Box 63,   Kankakee, IL 60901-0063
20348976      E-mail/Text: HWIBankruptcy@hunterwarfield.com Jul 23 2014 01:44:03       Hunter Warfield, Inc.,
               4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
20348977      E-mail/Text: Bankruptcy@icsystem.com Jul 23 2014 01:44:01      I C Systems Collections,
               Box 64378,   Saint Paul, MN 55164-0378
20722969     +EDI: JEFFERSONCAP.COM Jul 23 2014 01:28:00      Jefferson Capital Systems LLC,
               Purchased From RJM ACQUISITIONS, LLC,    PO BOX 7999,   SAINT CLOUD, MN 56302-7999
20348981     +E-mail/Text: clientservices@northwestcollectors.com Jul 23 2014 01:43:17       Northwest Collectors,
               Suite 232,   3601 Algonquin Road,   Rolling Meadows, IL 60008-3143
20660776      EDI: Q3G.COM Jul 23 2014 01:28:00      Quantum3 Group LLC as agent for,   Blackhawk Finance Inc,
               PO Box 788,   Kirkland, WA 98083-0788
20348991      E-mail/Text: wow_bankruptcy@wideopenwest.com Jul 23 2014 01:45:47       Wow!,   Box 5715,
               Carol Stream, IL 60197-5715
                                                                                                 TOTAL: 18
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Jul 22, 2014
                              Form ID: ntcdsm             Total Noticed: 44
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20704035*    +COLLECTO US ASSET MANAGEMNT, INC.,    c/o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
20348987    ##+The CBE Group, Inc.,    Suite 100,    131 Tower Park Drive,    Waterloo, IA 50701-9374
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              John F Hiltz, Client Transition Administrator    cta@hwzlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```